KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick Hathaway,<br><br>            Plaintiff,<br><br>v.<br><br>Joshua Fister, et al.,<br><br>           Defendants. | No. CV-17-03048-PHX-SPL (DKD)<br><br>**ORDER** |

      Plaintiff Derrick Hathaway, who is represented by counsel, has filed a civil rights Complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiff has paid the filing and administrative fees. The Court will refer this action to Magistrate Judge David K. Duncan.

      **IT IS ORDERED** that this matter is referred to Magistrate Judge David K. Duncan pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1) and is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure and to the **Mandatory Initial Discovery Pilot** pursuant to General Order 17-08.

      Dated this 8th day of November, 2017.

                                                              Honorable Steven P. Logan
                                                             United States District Judge