IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick Hathaway,<br><br>    Plaintiff,<br>vs.<br><br>Joshua Fister, et al.,<br><br>    Defendants. | No.  CV-17-03048-PHX-SPL (DMF)<br><br>**ORDER** |

Having reviewed this matter,

**IT IS ORDERED** that this case is referred by random lot to United States Magistrate Judge Eileen S. Willett for the purpose of conducting a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of the Honorable **Eileen S. Willett** at telephone number 602-322-7620 no later than **November 14, 2018** to schedule a settlement conference.

Dated this 7th day of November, 2018.

Honorable Steven P. Logan
United States District Judge

cc:    ESW