# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derrick Hathaway,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Joshua Fister, et al.,<br><br>　　　　Defendants. | NO. CV-17-03048-PHX-SPL (DMF)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 30, 2018, and having been advised a settlement was reached, judgment of dismissal is entered. The complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 29, 2019

　　　　　　　　　　　　　　　　　　s/ Michelle Sanders
　　　　　　　　　　　　　　By　　Deputy Clerk